UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE C. LOBB

      Plaintiff(s),                        No. C 06-05022 JSW

  v.                                  **CLERK'S NOTICE**

WEST PUBLISHING COMPANY

      Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on September 14, 2007, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Further Case Management Conference **previously noticed for** August 10, 2007, in this matter. The conference statement shall be due on or before September 7, 2007. This continuance is due to the Court's unavailability.

Richard W. Wieking
Clerk, United States District Court

By:_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: July 25, 2007

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE C. LOBB,<br><br>    Plaintiff,<br><br>v.<br><br>WEST PUBLISHING COMPANY et al,<br><br>    Defendant. | Case Number: CV06-05022 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bradley S. Phillips
Lee S. Taylor
Stuart Neil Senator
Munger Tolles & Olson LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-1569

George C. Lobb
P.O. Box 26433
Austin, TX 78755

Raymond A. Just
Shearman & Sterling LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723

Dated: July 25, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk