United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE C. LOBB,

    Plaintiff,

  v.

WEST PUBLISHING COMPANY, et al.

    Defendants.

No. C 06-05022 JSW

**ORDER RE MOTION FOR TELEPHONIC CASE MANAGEMENT CONFERENCE**

The Court has received Plaintiff's motion to appear at a case management conference that had been scheduled for August 10, 2007, by telephone. The case management conference has been continued to September 14, 2007, at 1:30 p.m., and thus Plaintiff's instant request is DENIED AS MOOT.

Although it is the Court's normal practice to require the parties and counsel to appear in person at the initial case management conference, if it appears to the parties that this matter will be resolved through a settlement, the Court would be inclined to grant a joint request to conduct the September 14 case management conference by telephone. If, however, the case is not going to be resolved short of litigation, all parties and counsel shall appear in person on that date.

**IT IS SO ORDERED.**

Dated: August 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE C. LOBB,

        Plaintiff,

   v.

WEST PUBLISHING COMPANY et al,

        Defendant.

Case Number: CV06-05022 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George C. Lobb
P.O. Box 26433
Austin, TX 78755

James Patrick Tallon
Bradley S. Phillips
Stuart Neil Senator
Munger Tolles & Olson LLP
599 Lexington Avenue
Shearman & Sterling LLP
New York, NY 10022-6069

Raymond A. Just
Shearman & Sterling LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723

Dated: August 3, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2