```
 1  BRADLEY S. PHILLIPS (State Bar No. 085263)
    STUART N. SENATOR (State Bar No. 148009)
 2  LEE S. TAYLOR (State Bar No. 243863)
    MUNGER, TOLLES & OLSON LLP
 3  355 South Grand Avenue
    Los Angeles, CA  90071-1560
 4  Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702
 5
    Attorneys for Defendant KAPLAN, INC.
 6  JAMES P. TALLON (State Bar No. 154035)
    SHEARMAN & STERLING LLP
 7  599 Lexington Avenue
    New York, NY 10022-6069
 8  Telephone:    (212) 848-4000
    Facsimile:    (212) 848-7179
 9
    PATRICK D. ROBBINS (State Bar No. 152288)
10  RAYMOND A. JUST (State Bar No. 204791)
    SHEARMAN & STERLING  LLP
11  525 Market Street, Suite 1500
    San Francisco, CA  94105
12  Telephone:    (415) 616-1100
    Facsimile:    (415) 616-1199
13
    Attorneys for Defendant WEST PUBLISHING CORPORATION
14
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE C. LOBB,<br><br>           Plaintiff<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI,<br>KAPLAN, Inc., a Delaware corporation, and unnamed<br>Defendants 1-3,<br><br>           Defendants. | Case No. 3:06-cv-05022-JSW<br><br>**JOINT REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:  September 14, 2007<br>Time:                     1:30 p.m.<br>Courtroom:           2<br>Judge:                    Hon. Jeffrey S. White |

3603361.1

JOINT REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Defendants West Publishing Corporation ("West") and Kaplan, Inc. ("Kaplan") and Plaintiff George C. Lobb submit this Joint Request for a Continuance of the Case Management Conference currently scheduled for September 14, 2007.

On March 2, 2007, Plaintiff and Defendants submitted separate Case Management Conference Statements Pursuant to Civil L.R. 16-9(a) and the Court's Order of September 14, 2006 ("Order"), in anticipation of the Case Management Conference originally scheduled for March 9, 2007. Those statements set forth the respective positions of each party regarding discovery and pre-trial matters in the event the parties would be unsuccessful in resolving the matter through early settlement. That Conference was continued at the request of the parties until August 10, 2007, in order for the parties to explore the possibility of early settlement and subsequently continued until September 14, 2007 by Order of the Court.

Since that time, the parties have conducted settlement negotiations, and the parties believe that the resolution of this case through settlement is both likely and imminent. Accordingly, the parties request a further continuance of the Case Management Conference until October 12, 2007, or such other date as is convenient for the Court, to allow them to proceed with their settlement negotiations. It is the parties' expectation that the case will be resolved and dismissed prior to that time. If necessary, the parties will seek the assistance of a Magistrate Judge through the Northern District of California's ADR program.

Should the parties fail to resolve the issue through private negotiation or with the assistance of a Magistrate Judge, the parties' positions regarding the nature of the case remain consistent with the separate statements filed on March 2, 2007. To the extent issues such as a discovery plan, proposed dates and deadlines were deferred in the earlier statements to allow the parties an opportunity to attempt to resolve the matter through settlement, the parties shall meet and confer in an attempt to reach agreement on those issues and file a revised Case Management Conference Statement on or before October 5, 2007.

3603361.1   - 1 -   JOINT REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

DATED: September 7, 2007

GEORGE C. LOBB

By: _____
GEORGE C. LOBB

PLAINTIFF PRO SE

SHEARMAN & STERLING LLP

By: _____
JAMES P. TALLON

Attorneys for Defendant WEST PUBLISHING CORPORATION

MUNGER, TOLLES & OLSON LLP

By: _____
STUART N. SENATOR

Attorneys for Defendant KAPLAN, INC.

3603361.1

- 2 -

JOINT REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE C. LOBB,<br><br>    Plaintiff<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, KAPLAN, Inc., a Delaware corporation, and unnamed Defendants 1-3,<br>    Defendants. | Case No. 3:06-cv-05022-JSW<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>Conference Date:   September 14, 2007<br>Time:   1:30 p.m.<br>Courtroom:   2<br>Judge:   Hon. Jeffrey S. White |

**IT IS HEREBY ORDERED** that the Case Management Conference currently scheduled for September 14, 2007 is CONTINUED to October 12, 2007. The conference statement shall be due on or before October 5, 2007.

Dated: September 7, 2007

_____
Hon. Jeffrey S. White.
United States District Judge

**PROOF OF SERVICE BY U.S. MAIL AND E-MAIL**

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 S. Grand Avenue, 35th Floor, Los Angeles, California 90071-1560.

On September 7, 2007, I served the foregoing document described as ***JOINT REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE*** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes for delivery by first class U.S. Mail, addressed as follows:

**\*\* SEE ATTACHED SERVICE LIST \*\***

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

The document was also transmitted electronically on this date, in compliance with Civil L.R. 23-2, to the designated electronic address(es) listed

I declare under the penalty of perjury that the foregoing is true and correct. I also declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **September 7, 2007** at Los Angeles, California.

_____
Jennifer C. Smith

3603361.1                          1                    PROOF OF SERVICE;
                                                        CASE NO. 3:06-CV-05022-JSW

## SERVICE LIST

### Lobb v. West Publishing Corp., et al.

| GEORGE LOBB<br>P.O. Box 26433<br>Austin, TX 78755<br>Telephone: (713) 385-6666<br>Email: GLGL2222@yahoo.com<br><br>*Plaintiff Pro Se* | JAMES P. TALLON<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone:    (212) 848-4000<br>Facsimile:    (212) 848-7179<br>Email: JTallon@shearman.com<br><br>*Attorneys for Defendant West Publishing Corporation* |
|---|---|
|  | PATRICK D. ROBBINS<br>RAYMOND A. JUST<br>SHEARMAN & STERLING  LLP<br>525 Market Street, Suite 1500<br>San Francisco, CA  94105<br>Telephone:    (415) 616-1100<br>Facsimile:    (415) 616-1199<br>Email: PRobbins@shearman.com<br>            RJust@shearman.com<br><br>*Attorneys for Defendant West Publishing Corporation* |