**FILED**

SEP 10 2007

RICHARD W. WICKING
CLERK, U.S. DISTRICT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE C. LOBB,<br><br>        Plaintiff<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, KAPLAN, Inc., a Delaware corporation, and unnamed Defendants 1-3,<br>        Defendants. | Case No. 3:06-cv-05022-JSW<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:  September 14, 2007<br>Time:  1:30 p.m.<br>Courtroom:  2<br>Judge:  Hon. Jeffrey S. White |

      IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for September 14, 2007 is CONTINUED to October 12, 2007. The conference statement shall be due on or before October 5, 2007.

Dated: ~~September 7, 2007~~ SEP 10 2007

_____
Hon. Jeffrey S. White.
United States District Judge

3603361.1      - 3 -      JOINT REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE C. LOBB,

        Plaintiff,

v.

WEST PUBLISHING COMPANY et al,

        Defendant.

Case Number: CV06-05022 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George C. Lobb
P.O. Box 26433
Austin, TX 78755

Dated: September 10, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk