1  BRADLEY S. PHILLIPS (State Bar No. 085263)
2  STUART N. SENATOR (State Bar No. 148009)
   LEE S. TAYLOR (State Bar No. 243863)
3  MUNGER TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
   Los Angeles, CA 90071-1560
4  Telephone:  (213) 683-9100
   Facsimile:  (213) 687-3702
5  *Attorneys for Defendant KAPLAN, INC.*

6  JAMES P. TALLON (State Bar No. 154035)
7  SHEARMAN & STERLING LLP
   599 Lexington Avenue
8  New York, NY 10022-6069
   Telephone: (212) 848-4000
9  Facsimile: (212) 848-7179

10 PATRICK D. ROBBINS (State Bar No. 152288)
   RAYMOND A. JUST (State Bar No. 204791)
11 SHEARMAN & STERLING LLP
   525 Market St., Suite 1500
12 San Francisco, CA 94105
   Telephone:  (310) 500-3500
13 Facsimile:  (310) 500-3501
   *Attorneys for Defendant WEST PUBLISHING*
14 *CORPORATION*

15

16            UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18

19 | GEORGE C. LOBB,                           | Case No. 3:06-cv-05022-JSW
20 |         Plaintiff                         |
21 |   vs.                                     | **STIPULATION OF**
22 | WEST PUBLISHING                           | **DISCONTINUANCE WITH**
   | CORPORATION, a Minnesota                  | **PREJUDICE**
23 | corporation dba BAR/BRI,                  |
24 | KAPLAN, Inc., a Delaware                  |
   | corporation, and unnamed                  |
25 | Defendants 1-3,                           |
26 |         Defendants.                       |
27
28

3604162.1                        1          STIPULATION OF DISCONTINUANCE WITH PREJUDICE/
                                             06-5022-JSW

1   **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff
2   George C. Lobb, *pro se*, and the undersigned counsel for Defendants that the
3   captioned action should be dismissed with prejudice and without costs to any party.

4
5   Dated: September 26, 2007
6                                               _____
7                                               George C. Lobb, Plaintiff *Pro Se*
8
                                                SHEARMAN & STERLING LLP
9
10                                              By:_____
                                                        James P. Tallon
11
12                                              599 Lexington Avenue
                                                New York, New York 10022-6069
13                                              Telephone: (212) 848-4000
                                                Facsimile: (212) 848-7179
14
15                                              525 Market St., Suite 1500
                                                San Francisco, CA 94105
16                                              Telephone: (310) 500-3500
                                                Facsimile: (310) 500-3501
17
                                                *Attorneys for Defendant*
18                                              *West Publishing Corporation d/b/a BAR/BRI*

19                                              MUNGER, TOLLES & OLSON LLP
20
                                                By:_____
21                                                      Stuart N. Senator

22                                              355 South Grand Avenue
                                                Los Angeles, California 90071-1560
23                                              Telephone: (213) 683-9100
                                                Facsimile: (213) 687-3702
24
                                                *Attorneys for Defendant Kaplan, Inc.*
25
26  SO ORDERED:
27
    _____
28  _____

3604162.1                              2                  STIPULATION OF DISCONTINUANCE WITH PREJUDICE/
                                                          06-5022-JSW

1  **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff
2  George C. Lobb, *pro se*, and the undersigned counsel for Defendants that the
3  captioned action should be dismissed with prejudice and without costs to any party.
4  
5  Dated: September 26, 2007
6  
7                                 George C. Lobb, Plaintiff *Pro Se*
8  
9                                 SHEARMAN & STERLING LLP
10                                By: _____
11                                     James P. Tallon
12                                599 Lexington Avenue
                                  New York, New York 10022-6069
13                                Telephone: (212) 848-4000
                                  Facsimile: (212) 848-7179
14 
15                                525 Market St., Suite 1500
                                  San Francisco, CA 94105
16                                Telephone: (310) 500-3500
                                  Facsimile: (310) 500-3501
17                                *Attorneys for Defendant*
18                                *West Publishing Corporation d/b/a BAR/BRI*
19                                MUNGER, TOLLES & OLSON LLP
20 
21                                By: _____
                                       Stuart N. Senator
22                                355 South Grand Avenue
                                  Los Angeles, California 90071-1560
23                                Telephone: (213) 683-9100
                                  Facsimile: (213) 687-3702
24 
25                                *Attorneys for Defendant Kaplan, Inc.*
26 SO ORDERED:
27 
28 _____

1  **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff George C. Lobb, *pro se*, and the undersigned counsel for Defendants that the captioned action should be dismissed with prejudice and without costs to any party.

Dated: September 26, 2007

_____
George C. Lobb, Plaintiff *Pro Se*

SHEARMAN & STERLING LLP

By:_____
    James P. Tallon

599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

525 Market St., Suite 1500
San Francisco, CA 94105
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

*Attorneys for Defendant*
*West Publishing Corporation d/b/a BAR/BRI*

MUNGER, TOLLES & OLSON LLP

By: /s/ Stuart N. Senator
    Stuart N. Senator

355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant Kaplan, Inc.*

SO ORDERED:

_____

# PROOF OF SERVICE BY U.S. MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On **October 3, 2007,** I served the foregoing document described as **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** on the interested parties in this action by electronic mail, and by U.S. Mail addressed as follows:

### SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 3, 2007** at Los Angeles, California.

_____
Jennifer C. Smith

1224410.1

# SERVICE LIST

## Lobb v. West Publishing Corp., et al.

| | |
|---|---|
| George C. Lobb<br>P.O. Box 26433<br>Austin, TX  78755<br>*Plaintiff Pro Se* | James P. Tallon<br>SHEARMAN & STERLING<br>599 Lexington Avenue<br>New York, New York  10022-6069<br>*Attorneys for Defendant West Publishing Corporation* |

1224410.1